: Writ of Habeas Corpus of State Custody :

my name is Babe Lockett Cullen whom am confined in State custody in a mental facility from the June 22, 2011 falsified arrestial case M11-118860; accustional falsified apprentensioned by Sheriff officer; Sherriff and Kroger's falsified identifying to false arrestial June 22, 2011 falsified Sheriff detaining arrestial by non-miranda; falsified charges non-miranda; false holding for Prosecutional without mirandaing or given charges; falsified arrestial and unforseen arrestial by Business; falsified arrestial accusation charges by business & Sherriff after telling petitioner was not being arrested with waiver contract at Kroger and Sherriff arrestial detainmental at Spring Street and Ocmulgee River Bridge of falsified accusational charge theft by taking at 5:45 P.M. June 22, 2011 also after telling the detainmental Sherriff I am not the one being accused

of the crime and where is the alledged mobile cart accusational charges, and upon arriving at the Kroger's store the detaining sheriff step out of the store with papers and requested I sign them and I was not being arrested, but was taken to Bibb Law Enforcement Center upon arriving the booking officer told me to empty my pockets and I and the police officer told him they were empty, then the booking officer grabbed my left arm and twisted it behind my back and slammed me into the concealment table then I heard a snap in my shoulder and arm and then I told him I would be pressing excessive force charges of Sheriff brutality and got slammed again on the table then I was dragged to the booking tank where I spent three days in the tank until June 25, 2011 before being booked and never recieved any

medical treatments the three days or the forty-five days on cell Block D-7 of the Jail then was concealed civilly committed to Central State hospital July 27, 2011 and had not recieved any medical treatments until 12-2011 but was forced to take psychotropic medications restraints or have the forensic Service Technician hold me down to be given a shot daily or orders by psychatrist then which I am now recieving physical therapy twice a week but was assaulted twice 9-18-2011 and 12-16-2011 but recieved no medical treatments for each blow to the right temple and rightside back of the head and I complained of the pain after being admitted to the sheriff department I wrote the Superior court Room 216 Macon, Ga. 31201 about the Sheriff brutality and non-miranda apprehension at

~~writes~~ with his hand on weapon; falsified accusational charge; falsified unforseen arrestial; falsified Identifying by Sheriff officer and business; misconductual of booking Sheriff officer brutalitys; for all these grievances and did not receive any reply August 2011 to 12-2011 then I put in a Habeas Corpus petition in Federal Middle District Court to Judge Marc Treadwell and it was dismissed with all complainted charge shown causes of concealed civil commitmental July 27, 2011 to the mental facility of the unconstitutional violational grievances which were deliberately non given reason except official connot be suited in an appeallate court or being held illegally by hospital mental health facility and whereas the constitution gives the federal court's jurisdiction over all appeal cases Article III section II which

states and provides that the courts may hear a case of civil commitment and constitutional violations, and official brutalitys, by concealed punishmentitys or either because of the subjects matters or the parties involved in its case outcome of its habeas corpus for hearings and releasing actions judgement for an accusation criminal conviction most often dealing with all unconstitutional laws violations, of the civil frauds concealed commitmental matters for a recall propose constitutional amends laws corrections, errors in its statutes already passed as outdated laws of the interpretation applicational provision in the constitutional statute questionables within the official jurisdictionals modifications of both appeals and in Superior Court and Middle District Court for a higher court overulings evidences presented.